# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0320-CG-N |
| | ) |
| RMB INVESTMENTS, L.L.C., | ) |
| ROBERT MADISON BRANNON, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

This matter comes before the court on the motion for default judgment against RMB Investments, L.L.C., (Doc. 11) filed by plaintiff, Wells Fargo Bank, N.A., in accordance with Fed. R. Civ. P. 55(b)(2). The court, having reviewed the motion and all supporting materials, hereby concludes that the motion is well taken, and is due to be **GRANTED**.

The court makes the following factual findings in support of this order of default judgment against defendant RMB Investments, L.L.C.:

1. Wells Fargo Bank, N.A. commenced this action on June 17, 2013, when it filed a complaint (Doc. 1) for breach of contract, negotiable instruments, against the defendants.

2. RMB Investments, L.L.C. executed a waiver of service of summons on July 26, 2013 (Doc. 6).

3. RMB Investments, L.L.C. was required to answer the plaintiff's lawsuit, or to otherwise appear and defend this action, within 60 days after receipt of

service.

4. RMB Investments, L.L.C. failed and/or refused to file answer, or to otherwise appear and defend this action within 60 days of service of the copies of the summon and complaint, and the clerk entered default against the defendant on September 23, 2013 (Doc. 14).

5. In sworn affidavits accompanying its motion, Wells Fargo Bank, N.A. has submitted sufficient evidence as to all amounts due and owing from defendant in regards to the indebtedness, and further, has submitted sufficient evidence to recover its reasonable attorney fees and expenses incurred.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that a default judgment is entered against defendant, RMB Investments, L.L.C., in the amount of $219,604.74, plus pre-judgment interest accruing between September 5, 2013, and the date of judgment at the per diem rate of $37.59. Post-judgment interest shall accrue on this judgment at the rate of 0.11% per day pursuant to Title 28, United States Code, § 1961 until said amount is paid in full.

There being no further matters pending before the court, this action is hereby closed.[1]

**DONE and ORDERED** this 4th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Consent judgment was entered against defendant Robert Madison Brannon on August 14, 2013 (Doc. 8).